**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dustin L. Wallace** | Social Security number or ITIN | **xxx–xx–7173** |
| | First Name    Middle Name    Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **16–10485–TPA**

---

# Order of Discharge

**12/15**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dustin L. Wallace

9/14/16

**By the court:**  Thomas P. Agresti
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                     **Order of Discharge**                     page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-10485-TPA
Dustin L. Wallace                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: admin           Page 1 of 2          Date Rcvd: Sep 14, 2016
                              Form ID: 318          Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2016.
db          +Dustin L. Wallace,    290 Pine Hills Rd,    Reynoldsville, PA 15851-6226
aty         +Joshua I. Goldman,    KML Law Group, P.C.,    701 Market Street,   Suite 5000,
              Philadelphia, PA 19106-1541
cr          +Northwest Savings Bank,    100 Liberty Avenue,    Drawer 128,   Warren, PA 16365-0128
14232316     AES,   Payment Center,    Harrisburg, PA 17130-0001
14232317    +Capital One Bank,    P.O. Box 71087,    Charlotte, NC 28272-1087
14232321     Clearfield Bank && Trust,    PO Box 171,    Clearfield, PA 16830-0171
14232322    +G C Services,    PO Box 3855,    Houston, TX 77253-3855
14232324     JPMorgan Chase Bank,    c/o Northland Group,    PO Box 129,    Thorofare, NJ 08086-0129
14232323     JPMorgan Chase Bank,    PO Box 47020,    Atlanta, GA 30362-0020
14232326    +Kay Jewelers,    PO Box 1799,    Akron, OH 44309-1799
14232327    +Kutsels 322 Auto Sales,    1436 Behringer Hwy,    Du Bois, PA 15801-5228
14232328    +Mark Claypool Esq,    120 West 10th St,    Erie, PA 16501-1410
14232332    ++NORTHWEST SAVINGS BANK,    P O BOX 337,    WARREN PA 16365-0337
             (address filed with court: Northwest Savings Bank,    100 Liberty St,   Warren, PA 16365)
14232329     Navient,   Dept of Educ loan servicing,    PO Box 740351,    Atlanta, GA 30374-0351
14232331     Northland Group,    PO Box 129,    Thorofare, NJ 08086-0129
14232333     PennyMac,    PO Box 514387,    Los Angeles, CA 90051-4387
14236432     Sterling Jewelers Inc.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
              Rochester, MI 48308-0730

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2016 01:56:15     Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
14232318    +EDI: CAPITALONE.COM Sep 15 2016 01:48:00     Capital One Bank,    P.O. Box 71083,
              Charlotte, NC 28272-1083
14232319    +EDI: CHASE.COM Sep 15 2016 01:48:00     Chase,    PO Box 15298,   Wilmington, DE 19850-5298
14232320    +EDI: CITICORP.COM Sep 15 2016 01:48:00     Citi Bank,    100 Citibank Drive,
              San Antonio, TX 78245-3202
14232330     EDI: NAVIENTFKASMSERV.COM Sep 15 2016 01:48:00     Navient,    PO Box 9533,
              Wilkes Barre, PA 18773-9533
14232334     EDI: PRA.COM Sep 15 2016 01:48:00     Portfolio Recovery Assoc,    PO Box 12914,
              Norfolk, VA 23541
14232336     E-mail/Text: bankruptcy@bbandt.com Sep 15 2016 01:56:07     Sheffield Financial,
              PO Box 580229,    Charlotte, NC 28258-0229
                                                                                 TOTAL: 7


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           JPMORGAN CHASE BANK, NA
14232325*    JPMorgan Chase Bank,    c/o Northland Group,    PO Box 129,   Thorofare, NJ 08086-0129
14232335    ##+Sharon Poling,    713 W. Weber Ave,    Du Bois, PA 15801-1647
                                                                       TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                               Signature:   /s/Joseph Speetjens

District/off: 0315-1        User: admin         Page 2 of 2          Date Rcvd: Sep 14, 2016
                        Form ID: 318       Total Noticed: 24

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2016 at the address(es) listed below:

        Earle D. Lees, Jr.   on behalf of Debtor Dustin L. Wallace bankruptcybutler@windstream.net,
         earlelees@ducom.tv
        Mark G. Claypool   on behalf of Creditor   Northwest Savings Bank mclaypool@kmgslaw.com,
         knoxbank@hotmail.com;chartle@kmgslaw.com;mpol@kmgslaw.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Tamera Ochs Rothschild   trothschild@gmx.com,  pa70@ecfcbis.com
                                                         TOTAL: 4