**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Dustin L. Wallace**
Debtor(s)

Bankruptcy Case No.: 16–10485–TPA

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

     Tamera Ochs Rothschild is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: October 5, 2016

<u>Thomas P. Agresti</u>
United States Bankruptcy Judge

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
```

In re:                                                        Case No. 16-10485-TPA
Dustin L. Wallace                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: admin              Page 1 of 1             Date Rcvd: Oct 05, 2016
                               Form ID: 129             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2016.
db              +Dustin L. Wallace,    290 Pine Hills Rd,    Reynoldsville, PA 15851-6226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2016 at the address(es) listed below:
              Earle D. Lees, Jr.    on behalf of Debtor Dustin L. Wallace bankruptcybutler@windstream.net,
               earlelees@ducom.tv
              Joshua I. Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, NA bkgroup@kmllawgroup.com
              Mark G. Claypool    on behalf of Creditor    Northwest Savings Bank mclaypool@kmgslaw.com,
               knoxbank@hotmail.com;chartle@kmgslaw.com;mpol@kmgslaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Tamera Ochs Rothschild    trothschild@gmx.com, pa70@ecfcbis.com
                                                                                             TOTAL: 5